# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CECIL THORNTON, | 1:11-cv-01136-JLT PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO AMEND |
| v. | (Doc. 5) |
| SONNY PEREZ, et al., | |
| Defendants. | |

Plaintiff William Cecil Thornton, a state prisoner filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 11, 2010. On August 3, 2011, Plaintiff filed a motion seeking leave to amend to add additional Defendants. (Doc. 5). A this stage in the proceedings, Plaintiff may amend once as a matter of right without leave of court. Fed. R. Civ. P. 15(a)(1). Accordingly, Plaintiff's motion to amend is **GRANTED**.

Plaintiff is advised that his first amended complaint must be complete within itself without reference to any other pleadings. Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Local Rule 220. Further, the first amended complaint cannot contain unrelated claims. Plaintiff is notified that "[u]nrelated claims against different defendants belong in different suits, not only to prevent the sort of morass [a multiple claim, multiple defendant] suit produce[s], but also to ensure that prisoners pay the required filing fees-for the Prison Litigation Reform Act limits to 3 the number of frivolous suits or appeals that any

prisoner may file without prepayment of the required fees. 28 U.S.C. § 1915(g)." George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007); Fed. R. Civ. P. 18.

Accordingly, it is **ORDERED** that:

1. Plaintiff's motion to amend is **GRANTED**; and
2. The Clerk's Office shall send Plaintiff a blank complaint form.

IT IS SO ORDERED.

Dated:   **October 14, 2011**                              /s/ Jennifer L. Thurston
                                                                                            UNITED STATES MAGISTRATE JUDGE

2