# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CECIL THORNTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SONNY PEREZ, et al.,<br><br>    Defendants. | 1:11-cv-01136-JLT PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND<br><br>(Doc. 5) |

Plaintiff William Cecil Thornton, a state prisoner filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 11, 2010. On August 3, 2011, Plaintiff filed a motion seeking leave to amend to add additional Defendants. (Doc. 5). A this stage in the proceedings, Plaintiff may amend once as a matter of right without leave of court. Fed. R. Civ. P. 15(a)(1). Accordingly, Plaintiff's motion to amend is **GRANTED**.

Plaintiff is advised that his first amended complaint must be complete within itself without reference to any other pleadings. Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Local Rule 220. Further, the first amended complaint cannot contain unrelated claims. Plaintiff is notified that "[u]nrelated claims against different defendants belong in different suits, not only to prevent the sort of morass [a multiple claim, multiple defendant] suit produce[s], but also to ensure that prisoners pay the required filing fees-for the Prison Litigation Reform Act limits to 3 the number of frivolous suits or appeals that any

prisoner may file without prepayment of the required fees. 28 U.S.C. § 1915(g)." <u>George v. Smith</u>, 507 F.3d 605, 607 (7th Cir. 2007); Fed. R. Civ. P. 18.

    Accordingly, it is **ORDERED** that:

    1.    Plaintiff's motion to amend is **GRANTED**; and

    2.    The Clerk's Office shall send Plaintiff a blank complaint form.

IT IS SO ORDERED.

Dated:  **October 14, 2011**              /s/ **Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE