IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM THORNTON,** | Case No. 1:11-cv-01136 JLT (PC) |
| Plaintiff, | **ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** |
| v. | |
| **SONNY PEREZ, et al.,** | (Doc. 19) |
| Defendants. | |

   Plaintiff William Thornton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On October 17, 2012, the Court issued an order directing Plaintiff within thirty days to file a Third Amended Complaint or notify the Court of his willingness to proceed on those claims found to be cognizable in his Second Amended Complaint. Plaintiff was served with the Court's order on October 17, 2012. Despite the Court's order and warning, Plaintiff has failed to amend his complaint or notify the Court of willingness to proceed on cognizable claims as ordered.

   Accordingly, it is HEREBY ORDERED:

   1.   Within 14 days from the date of this order, Plaintiff **SHALL** show cause in writing why this action should not be dismissed for failure to prosecute or follow the Court's Order;

   2.   Alternatively, Plaintiff **SHALL**, within the same 14 day period, file with the Court an amended pleading or notice of wiliness as previously ordered;

**Plaintiff is cautioned that if he fails to comply with this order, the Court will dismiss his matter.**

IT IS SO ORDERED.

Dated: **November 16, 2012**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE