IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM THORNTON,** | Case No. 1:11-cv-01136 JLT (PC) |
| Plaintiff, | **ORDER DISREGARDING MOTION AS MOOT** |
| v. | |
| **SONNY PEREZ, et al.,** | (Docs. 23-24) |
| Defendants. | |

On December 10, 20112, the Court dismissed this case based upon Plaintiff's complete abandonment of it. (Doc. 21)  This occurred only after Plaintiff failed to respond to the Court's order (Doc. 19), dated October 17, 2012, and it order to show cause dated November 19, 2012. (Doc. 20)  It seems clear that Plaintiff has only turned his attention back to this litigation because he is, once again, back in custody.

Now before the Court are motions filed by Plaintiff.  (Docs. 23, 24)  However, because this case has been dismissed and is closed, the Court **ORDERS** the motions to be disregarded as moot.  **No further filings will be accepted in this case**.

IT IS SO ORDERED.

Dated:   **December 13, 2012**                  **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE

1